John P. Aldrich, Esq.
Nevada Bar No.: 6877
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd, Ste 160
Las Vegas, Nevada 89146
Telephone: (702) 583-6748
Facsimile:  (702) 227-1975
jaldrich@johnaldrichlawfirm.com

Lynda J. Grant, Esq.
**THEGRANTLAWFIRM, PLLC**
521 Fifth Avenue, 17th Floor
New York, New York 10175
Telephone: (212) 292-4441
Facsimile:  (212) 292-4442
lgrant@grantfirm.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IRA GAINS, Individually and on Behalf of All Others Similarly Situated, | ) Case No. 2:15-cv-02105-JCM-PAL )  ) |
| Plaintiff, | ) **NOTICE OF VOLUNTARY DISMISSAL**  )   **PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| vs. | )  ) |
| SPECTRUM PHARMACEUTICALS, INC. and RAJESH C. SHROTRIYA, | )  )  ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Ira Gains and his counsel, hereby give notice that the above-captioned action is voluntarily

/ / /

/ / /

1

dismissed, without prejudice, against the defendants Spectrum Pharmaceuticals, Inc. and Rajesh C. Shrotriya.

Dated this 10th day of December, 2015.

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich, Esq.
Nevada Bar No.: 6877
1601 S. Rainbow Blvd, Ste 160
Las Vegas, Nevada 89146
Telephone: (702) 583-6748
Facsimile:  (702) 227-1975
jaldrich@johnaldrichlawfirm.com

Lynda J. Grant, Esq.
**THEGRANTLAWFIRM, PLLC**
521 Fifth Avenue, 17th Floor
New York, New York 10175
Telephone: (212) 292-4441
Facsimile:  (212) 292-4442
lgrant@grantfirm.com

*Attorneys for Plaintiff*